

**NUMBER 13-14-00278-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**TIC ENERGY AND CHEMICAL, INC.,**                 **Appellant,**

**v.**

**KEVIN BRADFORD MARTIN,**                     **Appellee.**

---

**On Petition for Interlocutory Appeal from the
135th District Court of Calhoun County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Garza and Benavides
Order Per Curiam**

TIC Energy and Chemical, Inc. filed a petition for permissive interlocutory appeal on May 15, 2014. *See* TEX. R. APP. P. 28.3. The Court, having examined and fully considered the petition, is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. A notice of appeal is deemed to have been filed on this date. *See* TEX. R. APP. P. 28.3(k). The appeal will be governed by the rules for

accelerated appeals. *Id.*; *see* TEX. R. APP. P. 28.1 ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of this Court to file a copy of this order with the trial court clerk. *See* TEX. R. APP. P. 28.3(k).

It is so ORDERED.

PER CURIAM

Delivered and filed the
29th day of July, 2014.